

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00681-CR

Demoria **HARRIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR3824
Honorable Melisa Skinner, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, we REVERSE the trial court's judgment and RENDER a judgment of acquittal.

SIGNED July 26, 2017.

_____
Marialyn Barnard, Justice